| | |
|---|---|
| JOHN L. BURRIS ESQ., SBN 69888<br>BEN NISENBAUM ESQ., SBN 222173<br>JAMES COOK ESQ., SBN 300212<br>**THE LAW OFFICES OF JOHN L. BURRIS**<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Telephone: (510) 839-5200<br>Facsimile: (510) 839-3882<br>john.burris@johnburrislaw.com<br>bnisenbaum@hotmail.com<br>james.cook@johnburrislaw.com<br><br>Attorneys for Plaintiff<br>MICHAEL DAVID KENNEDY<br><br>DANIELLE K. LEWIS, SBN 218274<br>**SELMAN BREITMAN LLP**<br>33 New Montgomery, Sixth Floor<br>San Francisco, California 94105<br>Telephone: (415)-979-2073<br>Dlewis@selmanlaw.com<br><br>Attorney for Defendants COUNTY OF SOLANO, RIRIE HELLMAN, FORMERLY RIRIE FILEDS, JEFFERY POBLETE, BRYAN GLENN, ENRIQUE GUZMAN, | FRANCISCO CARRION, TONI MAZER, THOMAS A. FERRARA, and DOE COUNTY SHERIFF'S DEPUTIES<br><br>RANDY J. RISNER, SBN 172552<br>Interim City Attorney<br>**VALLEJO CITY ATTORNEY'S OFFICE**<br>City Hall<br>555 Santa Clara Street, P.O. Box 3068<br>Vallejo, CA 94590<br>Tel: (707) 648-4545<br>Fax: (707) 648-4687<br>randy.risner@cityofvallejo.net<br><br>JOHN R. WHITEFLEET, SBN 213301<br>**PORTER SCOTT**<br>350 University Avenue<br>Suite 200<br>Sacramento, CA<br>Tel: (916) 929-1481<br>Fax: (916) 927-3706<br>jwhitfleet@porterscott.com<br>Attorneys for Defendants<br>CITY OF VALLEJO and<br>WILLAM CARPENTER |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID KENNEDY,<br><br>Plaintiff,<br><br>      vs.<br>COUNTY OF SOLANO, et al.,<br><br>Defendants. | Case No.: 2:19-cv-02311-MCE-DB<br><br>**STIPULATION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT FROM THE DOCKET** |

Pursuant to Eastern District Local Rule 143, the parties, by and through their respective counsel or record, hereby stipulate to the following:

1. Having met and conferred regarding the filing of the Second Amended Complaint (ECF No. 25) and its propriety, and given that the County of Solano Defendants filed a Motion to Dismiss the First Amended Complaint (ECF No. 13), but did not agree to the filing of the Second Amended Complaint, the parties agree that the Second Amended Complaint be stricken.

2. Plaintiff and the City of Vallejo Defendants withdraw their Stipulation filed March 20, 2020. (ECF No. 27).

3. The City of Vallejo Defendants who have been served have until April 14, 2020 to respond to the First Amended Complaint.

Dated: March 24, 2020           Respectfully submitted,

**LAW OFFICES OF JOHN L. BURRIS**

By: /s/ *James Cook*
JOHN L. BURRIS, ESQ.
BEN NISENBAUM, ESQ.
JAMES COOK, ESQ.
Attorneys for the Plaintiff
MICHAEL DAVID KENNEDY

Dated: March 24, 2020           Respectfully submitted,
**SELMAN BREITMAN LLP.**

By: /s/ *Danielle K. Lewis*
DANIELLE K. LEWIS
Attorneys for Defendants
COUNTY OF SOLANO, et al.

| | | |
|---|---|---|
| 1 | Dated: March 24, 2020 | Respectfully submitted,<br>**PORTER SCOTT** |
| 2 | | |
| 3 | | By: /s/ *John R. Whitefleet*<br>JOHN R. WHITEFLEET |
| 4 | | Attorney for Defendants<br>CITY OF VALLEJO, et al. |

## ATTORNEY ATTESTATION

I, James Cook, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(c), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: March 23, 2020                                    /s/ *James Cook*

## **ORDER**

IT IS SO ORDERD.

Dated: March 26, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE