1  JOHN L. BURRIS ESQ., SBN 69888
   BEN NISENBAUM ESQ., SBN 222173
2  JAMES COOK ESQ., SBN 300212
   **THE LAW OFFICES OF JOHN L. BURRIS**
3  Airport Corporate Centre
4  7677 Oakport Street, Suite 1120
   Oakland, California 94621
5  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
6  john.burris@johnburrislaw.com
7  james.cook@johnburrislaw.com

8  Attorneys for Plaintiff
   MICHAEL KENNEDY
9

10 FARRAH HUSSEIN ESQ., SBN #305726
   **DEPUTY CITY ATTORNEY**
11 **CITY OF VALLEJO | CITY ATTORNEY'S OFFICE**
   555 Santa Clara Street
12 Vallejo, CA 94590
   Telephone: (707) 648-5420
13 Farrah.Hussein@cityofvallejo.net

14 Attorneys for Defendants
   CITY OF VALLEJO et. al.,
15

16              **UNITED STATES DISTRICT COURT**

17              **EASTERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  MICHAEL DAVID KENNEDY, | Case No.: 2:19-cv-02311-MCE-DB |
| 20       Plaintiff, | **STIPULATION AND ORDER TO STAY PROCEEDINGS** |
| 21       vs. | |
| 22  COUNTY OF SOLANO, et al., | |
| 23       Defendants. | |

25        Pursuant to Local Rule 143, the parties respectfully submit this stipulation to stay

26 proceedings. The parties are currently participating in good faith settlement discussions. As such,

27 the parties stipulate to stay all proceeding, including discovery deadlines.

28                        Stipulation to Stay Proceedings
          *Michael Kennedy v. County of Solano, et al.,* Case No.: 2:19-cv-02311-MCE-DB
                                     1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated:  March 11, 2021                       **LAW OFFICES OF JOHN L. BURRIS**

                                             By: /s/ *James Cook*
                                             JOHN L. BURRIS, ESQ.
                                             BEN NISENBAUM, ESQ.
                                             JAMES COOK, ESQ.
                                             Attorneys for the Plaintiff
                                             MICHAEL DAVID KENNEDY

Dated:  March 11, 2021                       **VALLEJO CITY ATTORNEY'S OFFICE**

                                             By: /s/ *Farrah Hussein*
                                             FARRAH HUSSEIN
                                             RANDY RISNER
                                             Attorneys for the Defendant(s)
                                             CITY OF VALLEJO

## ATTORNEY ATTESTATION

I, James Cook, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 131(c), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated:  March 23, 2020                                     /s/ *James Cook*

## ORDER

**IT IS SO ORDERED**.

Dated:  March 11, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE